IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

JOSEPH ANTHONY DANIEL,            )
                                  )
      Plaintiff,                )
                                  )
v.                                )     4:13-CV-1389-JHH-TMP
                                  )
CHIEF SCOTT HASSEL,               )
                                  )
      Defendant.                )

## MEMORANDUM OF OPINION

      The magistrate judge filed a report and recommendation on November 15, 2013, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections were filed by either party.

      Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

      **DONE** this the   10th   day of December, 2013.

                                            /s/ James H. Hancock
                                SENIOR UNITED STATES DISTRICT JUDGE